# United States Court of Appeals
## For the First Circuit

No. 21-1533

MIGUEL ANGEL RIVERA-ROSARIO,

Plaintiff, Appellant,

v.

LSREF2 ISLAND HOLDINGS, LTD., INC., ET AL.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on August 17, 2023, is amended as follows:

On page 12, line 24, replace "found them" with "found the claim"